**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 29 WAL 2018
:
Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
SHAWN SADIK, :
:
Petitioner :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 13th day of June, 2018, the Petition for Allowance of Appeal is **DENIED**.